[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-12201
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 21, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:10-cv-23395-UU


JOHN W. MANN,

                                                     Plaintiff-Appellant,


versus


SALVATORE DAVIDE, et al.,

                                                     Defendants-Appellees.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(February 21, 2012)

Before HULL, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

John W. Mann appeals pro se the dismissal of his complaint of fraud, replevin, and conversion against Salvatore Davide, Jeffrey Feiler, William Troy, and Joan Schwartz. The district court dismissed Mann's complaint for lack of subject-matter jurisdiction. Fed. R. Civ. P. 12(b)(1). The district court ruled that the complaint failed either to state a claim arising under federal law, 28 U.S.C. § 1331, or to allege complete diversity of citizenship among the parties, id. § 1332(a), and Mann does not challenge that ruling. Mann complains that he was denied an opportunity to present his case, but he fails to explain how the district court had subject-matter jurisdiction over his case. As a result, we affirm the dismissal of Mann's complaint.

**AFFIRMED.**